



# MEMORANDUM OPINION

No. 04-12-00241-CV

**OIL ROCK ENERGY, INC.**,
Appellant

v.

**TEXAS LOCATION CONTRACTORS, LLC.**,
Appellee

From the 4th Judicial District Court, Rusk County, Texas
Trial Court No. 2010-194A
The Honorable John Ovard, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice

Delivered and Filed:  September 26, 2012

DISMISSED

The parties have filed a joint motion to dismiss this appeal, stating that they have fully compromised and settled all issues in dispute. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1); *Caballero v. Heart of Tex. Pizza, LLC*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.). Costs of appeal are taxed against appellant. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM